Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, 1313 Market Street, Suite 5100
Wilmington, DE 19801



troutman.com

---

**David M. Fournier**
302.777.6565
david.fournier@troutman.com

January 4, 2024

<u>Via Hand Delivery</u>
The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 28, Room 2325
Wilmington, DE 19801-3555

**Re:**   <u>*Lavvan, Inc. v. Amyris, Inc., et al.*, C.A. No. 23-cv-01239-MN (BAP No. 23-00062)</u>

Dear Judge Noreika:

I am co-counsel for appellees Foris Ventures LLC ("Foris"), Perrara Ventures, LLC ("Perrara"), Anesma Group, LLC ("Anesma"), Anjo Ventures, LLC ("Anjo"), Muirisc, LLC ("Muirisc"), and Euagore, LLC ("Euagore", and together with Foris, Perrara, Anesma, Anjo and Muirisc, the "Foris Lenders") in the above-referenced bankruptcy appeal. Pursuant to the Court's directive at D.I. 9, the Foris Lenders, appellee Amyris, Inc. ("Amyris" and, together with the Foris Lenders, the "Appellees"), and appellant Lavvan, Inc. ("Appellant") have conferred and propose the following agreed briefing schedule:

- **Deadline for Appellant to file and serve its opening brief:**  35 days following the Court's entry of its scheduling order;

- **Deadline for Appellees to file and serve their answering briefs:**  35 days following the filing of Appellant's opening brief;

- **Deadline for Appellant to file and serve its reply brief:**  15 days following the filing of Appellees' answering briefs.

Counsel for Lavvan and Amyris listed below have reviewed this letter and have authorized me to represent that their respective clients agree with the foregoing.

Respectfully,

/s/ David M. Fournier
David M. Fournier (DE No. 2812)

cc: Steven W. Golden, Esq. (counsel for Amyris, Inc.)
    Russell Silberglied, Esq. (counsel for Lavvan, Inc.)

166795277v1